IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LESLIE R. KIRKPATRICK,           )
                                 )
                    Plaintiff    )
                                 )
        vs.                      )        No. CIV-04-1642-C
                                 )
JO ANNE B. BARNHART,             )
Commissioner, Social Security    )
Administration,                  )
                                 )
                    Defendant    )

## J U D G M E N T

After careful consideration of the pleadings on file, the administrative record, and the

Report and Recommendation of the United States Magistrate Judge, this Court is of the

opinion that the final decision of the Defendant Commissioner is not based upon findings

supported by substantial evidence, and must be reversed and remanded to the Social Security

Administration for further administrative proceedings, as more fully explained in the Report

and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the final

decision of the Defendant Commissioner of the Social Security Administration be and the

same is hereby reversed and remanded for further proceedings.

DATED this 10th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge